**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Case No. 18-cr-00418-REB-DW

UNITED STATES OF AMERICA,

v.

2. LISA YANG

---

**UNOPPOSED MOTION TO CONTINUE SENTENCING**
---

  Defendant, Lisa Yang, by and through her undersigned counsel, Aviso Law LLC, hereby respectfully requests a thirty (30) day continuance of the sentencing hearing, which is currently scheduled for December 9, 2019.  In support thereof, Ms. Yang states as follows:

  1. Ms. Yang's sentencing hearing is currently scheduled for December 9, 2019.  Along with this sentencing date comes certain deadlines, such as November 18, 2019 to file objections to the draft PSIR and November 25, 2019 to file the motion for a variant sentence.

  2. Undersigned counsel's wife is pregnant and is scheduled to have an induced labor on November 8, 2019.  Along with this, undersigned counsel has scheduled three weeks of paternity leave in order to help his wife during the first few weeks of the baby's life.  As a result, undersigned counsel is unable to meet

the deadlines associated with the sentencing hearing or prepare adequately for the sentencing hearing. Therefore, a continuance of the sentencing hearing is necessary.

3. The Government does not oppose the requested continuance.

4. For the reasons explained above, the Defense requests a thirty (30) day continuance of the sentencing hearing and all associated deadlines.

WHEREFORE, Ms. yang respectfully requests that this court grant a continuance of his sentencing hearing by thirty-days.

Respectfully submitted this 6th day of Novemer 2019.

**AVISO LAW LLC**

*/s/Ryan S. Coward*
Ryan S. Coward, #38906
618 N. Tejon St.
Colorado Springs, CO 80903
Telephone: (719) 247-3111
Fax: (719) 297-3814
E-Mail: ryan@avisolawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the pleading upon the parties and the court.

*/s/Ryan Coward*
Ryan Coward